UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ERIC HUFFMAN,                          }
                                       }
        Plaintiff,                     }
VS.                                    }      CIVIL ACTION NO. H-08-1541
                                       }
CITY OF LAKE JACKSON,                  }
                                       }
        Defendant.                     }

## SCHEDULING ORDER

In light of the pending motion for partial summary judgment (Doc. 22) and responses and replies thereto (Docs. 23 - 26), the Court hereby ORDERS that Docket Call in this case is RESET to November 6, 2009 at 1:30 p.m.

The deadline for filing the Joint Pretrial Order is October 26, 2009, and the two-week trial term begins on November 9, 2009.

All other deadlines set forth in the Scheduling Order shall remain the same.

SIGNED at Houston, Texas, this 6th day of October, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE